No. 94–1829. ALASKA FISH & WILDLIFE FEDERATION & OUT-DOOR COUNCIL, INC., ET AL. v. ALASKA ET AL. C. A. 9th Cir. Motion of petitioners for leave to intervene in order to file a petition for writ of certiorari denied. Certiorari denied. ▮

No. 94–1841. RUYLE ET AL. v. CONTINENTAL OIL CO. C. A. 10th Cir. Certiorari denied. JUSTICE O'CONNOR took no part in the consideration or decision of this petition. ▮

No. 94–1916. SAC-CO INC., DBA ACME CASH REGISTER CO., FKA CBS LIQUOR CONTROL, INC. v. AT&T GLOBAL INFORMATION SOLUTIONS CO., FKA NCR CORP. C. A. 6th Cir. Certiorari denied. JUSTICE O'CONNOR took no part in the consideration or decision of this petition. ▮

No. 94–2069. SPECTRAMED, INC. v. BAXTER HEALTHCARE CORP. ET AL. C. A. Fed. Cir. Certiorari denied. JUSTICE O'CONNOR took no part in the consideration or decision of this petition. ▮

No. 95–42. A. UBERTI & C. v. SUPERIOR COURT OF ARIZONA, COUNTY OF PIMA (CORDOVA ET UX., REAL PARTIES IN INTEREST). Sup. Ct. Ariz. Certiorari denied. JUSTICE O'CONNOR took no part in the consideration or decision of this petition. ▮

No. 95–79. OLSZEWSKI v. AMERICAN TELEPHONE & TELE-GRAPH CO. C. A. 3d Cir. Certiorari denied. JUSTICE O'CON-NOR took no part in the consideration or decision of this petition. ▮

No. 95–5224. WALL v. AT&T TECHNOLOGIES, INC. C. A. 4th Cir. Certiorari denied. JUSTICE O'CONNOR took no part in the consideration or decision of this petition. ▮

No. 94–1885. NEW JERSEY v. SAEZ ET AL. Sup. Ct. N. J. Motions of respondents Orlando Navarro and Luis Saez for leave to proceed in forma pauperis granted. Certiorari denied. ▮